# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2910

_____

| | | |
|---|---|---|
| Norvell Daniels, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| United States of America, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

Submitted: November 22, 2000

Filed: December 5, 2000

_____

Before McMILLIAN, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

_____

PER CURIAM.

Federal inmate Norvell Daniels appeals the district court's[1] denial of his Federal Rule of Civil Procedure 60(b) motion and his motions for recusal and reassignment of judge. We conclude that the court did not abuse its discretion in denying the Rule 60(b) motion because the relief Daniels requested was raised in a prior appeal and thus did not present any new grounds for relief. See Sanders v. Clemco Indus., 862 F.2d

---

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

161, 169-70 (8th Cir. 1988).  We further conclude the district court did not abuse its discretion in denying the motions for recusal and reassignment.

Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.